

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00048-CV

America Amada **GONZALEZ** and Jamie Christina Garza McRae,
Appellants

v.

Jose Gilberto **PEÑA**, et al.,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-10-359
Honorable Jose Luis Garza, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the issues raised by the appellants regarding the trial court's conclusions as to title ownership are DISMISSED FOR LACK OF JURISDICTION, and the judgment of the trial court is AFFIRMED. It is ORDERED that appellees recover their costs of this appeal from appellants.

SIGNED February 4, 2015.

_Sandee Bryan Marion_